UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

**Case Number: 21-61793-CIV-MARTINEZ-SNOW**

4632 CWELT-2008, LLC, on behalf
of itself and all others similarly situated,

    Plaintiff,

vs.

PHH MORTGAGE CORP.,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court upon the parties' Joint Stipulation to Dismiss with Prejudice. [ECF No. 22]. It is hereby **ORDERED AND ADJUDGED** that:

1. This action is **DISMISSED with prejudice**, and this case is **CLOSED**.

2. All parties shall bear their own attorneys' fees and costs.

DONE AND ORDERED in Chambers at Miami, Florida, this 15th day of October, 2021.

                                                                                             JOSE E. MARTINEZ
                                                                                             UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Snow
All Counsel of Record